HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
LEROY DALE HOLSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DALE HOLSEY,<br><br>           Petitioner,<br><br>    v.<br><br>WILLIAM KNIPP,<br><br>           Respondent. | No. 2:13-cv-00962 KJM-GGH P<br><br>**REQUEST FOR SUBSTITUTION OF COUNSEL; ORDER** |

    Petitioner, LEROY DALE HOLSEY, hereby moves this Court for an order substituting Benjamin P. Ramos, Attorney at Law, 705 East Bidwell Street, Suite 2-359, Folsom, CA 95630, telephone (916) 358-9842; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner. Mr. Ramos has agreed to represent the Petitioner.

///
///
///
///
///

Mr. Ramos is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on his behalf.

Dated: July 30, 2013

> Respectfully submitted,
>
> HEATHER E. WILLIAMS
> Federal Defender
>
> */s/ David M. Porter*
> DAVID M. PORTER
> Assistant Federal Defender
> Attorneys for Petitioner
> LEROY DALE HOLSEY

Dated: July 30, 2013          */s/ Benjamin P. Ramos*
                              BENJAMIN P. RAMOS

**O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Benjamin P. Ramos, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: August 5, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Substitution of Counsel          2