IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEROY DALE HOLSEY,**<br><br>                          Petitioner,<br><br>      v.<br><br>**WILLIAM KNIPP,**<br><br>                          Respondent. | Case No. 2:13-cv-00962-KJM-GGH<br><br>**ORDER** |

Respondent's request for a sealing order is granted as set forth in respondent's request filed February 7, 2014, (ECF No. 28), with respect to the clerk's transcript (lodged document no. 1) and the augmented clerk's transcript (lodged document no. 2).

Dated: February 18, 2014          /s/ Gregory G. Hollows
                                                    _____
                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:076/Hols0962.seal